**DISMISS and Opinion Filed May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00350-CV

### LINQ PARTNERS, LLC, Appellant
### V.
### GCU TRUCKING, INC., ROSALIO ARCOS, SR., SERGIO ARCOS, RENE ARCOS, ROSALIO ARCOS, JR., LOS ARCOS LEASING, INC. AND VALLEY TIN MANAGEMENT, Appellees

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-02262-K**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140350F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LINQ PARTNERS, LLC, Appellant

No. 05-14-00350-CV          V.

GCU TRUCKING, INC., ROSALIO
ARCOS, SR., SERGIO ARCOS,
RENE ARCOS, ROSALIO ARCOS, JR.,
LOS ARCOS LEASING, INC., AND
VALLEY TIN MANAGEMENT, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-02262-K.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, GCU TRUCKING, INC., ROSALIO ARCOS, SR.,
SERGIO ARCOS, RENE ARCOS, ROSALIO ARCOS, JR., LOS ARCOS LEASING, INC.,
AND VALLEY TIN MANAGEMENT, recover their costs of this appeal from appellant, LINQ
PARTNERS, LLC.

Judgment entered May 20, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–